Peter A. Davidson (SBN 76194)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Plaintiff James J. Donell

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES H. DONELL, etc., | Case No. CV 04-9164-ER (SHx) |
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK** |
| v. | |
| LUZ ESTHELA AYON, | |
| Defendant. | |

///
///
///

13390.2:2250326.1

RENEWAL OF JUDGMENT

1   Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P.
2   69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing,
3   therefore:
4   The judgment to and against Defendant LUZ ESTHELA AYON entered on February 3,
5   2004 (copy attached) is hereby renewed in the amounts set forth below:
6   Renewal of money judgment:

|   |   |   |
|---|---|---|
| a. | Total judgment | $ 37,125.92 |
| b. | Costs after judgment | 0.00 |
| c. | Attorneys fees | 0.00 |
| d. | Subtotal | $ 37,125.92 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal | $ 37,125.92 |
| g. | Interest after judgment |  |
| h. | Fee for filing renewal | 0.00 |
| i. | Total renewed judgment | $ 37,125.92 |

DATED:                    s/ J. Remigio
                          CLERK

13390.2:2250326.1

2

RENEWAL OF JUDGMENT

ORIGINAL

16940-002-A142

PETER A. DAVIDSON, SBN 76194
REIN EVANS & SESTANOVICH LLP
1925 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100
Fax: 310\ 551-0238

Attorneys for James H. Donell, Receiver

FILED CLERK, U.S DISTRICT COURT
FEB - 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
FEB - 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2004 DEC 28 PM 1:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
LOS ANGELES

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, RECEIVER FOR J.T. WALLENBROCK & ASSOCIATES and CITADEL CAPITAL MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LUZ ESTHELA AYON, <br><br> Defendant. | CASE NO.:CV 04-9164-ER (SHx) <br><br> JUDGMENT <br><br> DATE: January 31, 2005 <br> TIME: 10:00 A.M. <br> CTRM.: 1 |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

The Application of James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc., for the entry of Default Judgment as to Defendant, Luz Esthela Ayon, came on for hearing, having been duly noticed, on January 24, 2005 at 10:00 a.m. before the Honorable Edward Rafeedie, United States District Court Judge. The Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the Plaintiff, James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management

1
JUDGMENT

1  Group, Inc. and against Defendant, Luz Esthela Ayon as follows:

2      (a) Defendant, Luz Esthela Ayon, shall pay Plaintiff, James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc., $35,500.55 plus prejudgment interest of $1,625.37. Plaintiff is awarded costs of suit.

DATED: FEB - 1 2005

*[signature]*
The Honorable Edward Rafeedie,
United States District Court Judge

//
//
//
//

---

2
JUDGMENT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Rein Evans & Sestanovich LLP, located at 1925 Century Park East, 16th Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **December 28, 2004**, I served the document(s) described as **JUDGMENT** on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

Luz Esthela Ayon
33550 Cathedral Canyon Drive
Cathedral City, CA 92234

X   **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐   **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐   **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐   **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐   **[State]**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X   **[Federal]**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 28, 2004, at Los Angeles, California.

NITA J. SPARKES